# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2660
LT Case No. 2014-CF-025639-A
_____

THEOTIS CAMPBELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Tesha Ballou, Judge.

Theotis Campbell, Madison, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————